**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| BEVERLY ROBERSON HUNT | ) | |
| | ) | No: B-14-50431 C-13W |
| | ) | |
| | ) | |
| Debtor | ) | |

Kathryn L. Bringle, Trustee, respectfully moves the Court for an order as follows:

Plan payments are $1,960.00 per month, but payments in that amount are not sufficient to complete the Plan within 60 months because the monthly mortgage payment increased. In order for the Plan to be completed within 60 months, plan payments must be increased to $2,025.00 per month.

The Trustee recommends modification of the Plan as follows:

1. That plan payments increase to $2,025.00 per month effective October 2017.

2. That the base amount to be paid into the Plan be increased to THE GREATER OF $113,330.00 or the amount needed to pay all short-term secured and priority claims in full.


Date:  September 8, 2017                                              s/ Kathryn L. Bringle
KLB:  AM/vrd                                                          Trustee

-----------------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION by October 9, 2017 with the United States Bankruptcy Court at the address of

*226 South Liberty Street*
*Winston-Salem, NC 27101*

and must serve the parties named on the attached list of Parties To Be Served.

If no objection is filed within the time period, the Court will consider this motion without a hearing. If an objection is timely filed, a hearing on the motion will be held on October 30, 2017 at 9:30 a.m. in the Courtroom at 226 South Liberty Street, Winston-Salem, North Carolina.


Date: September 8, 2017                                               OFFICE OF THE CLERK
                                                                      U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
14-50431 C-13W

BEVERLY ROBERSON HUNT
729 POPES CREEK ROAD
KERNERSVILLE, NC 27284

JOSEPH D ORENSTEIN
COLTRANE & GRUBBS PLLC
109-D E MOUNTAIN ST
P O BOX 1062
KERNERSVILLE, NC 27285-1062

KATHRYN L BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM NC  27102-2115